# EXHIBIT A

| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
|---|---|---|
| COUNTY OF FLORENCE | ) | TWELFTH JUDICIAL CIRCUIT |
| | ) | |
| Gail Coker, | ) | |
| | ) | CASE NO: 2024-CP-21- |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | SUMMONS |
| | ) | (JURY TRIAL DEMANDED) |
| Buc-ee's South Carolina, LLC; | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

TO THE ABOVE-NAMED DEFENDANT:

YOU ARE HEREBY SUMMONED AND REQUIRED TO ANSWER the Summons and Complaint in this action, herewith of which a copy is served upon you, and to serve a copy of your answer to said Summons and Complaint on the subscriber at his office at 212 East Black Street, Rock Hill, SC, within thirty (30) days after the service hereof, exclusive of the day of such service; if you fail to answer the Summons and Complaint within the time aforesaid, the Plaintiff(s) in this action will apply to the Court for judgment by default for the relief demanded in the Complaint

By:     *s/Garrett B. Johnson*

Garrett B. Johnson, SC Bar #81105
Elrod Pope Law Firm
212 E Black Street
P.O. Box 11091 (29731)
Rock Hill, S.C. 297310
(803) 324-7574
GJohnson@ElrodPope.com

ATTORNEY FOR PLAINTIFF(S)

February 29, 2024
Rock Hill, South Carolina

ELECTRONICALLY FILED - 2024 Feb 29 10:58 AM - FLORENCE - COMMON PLEAS - CASE#2024CP2100505

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) <br> COUNTY OF FLORENCE ) <br> ) <br> Gail Coker, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Buc-ee's South Carolina, LLC; ) <br> ) <br> ) <br> Defendant(s). ) | IN THE COURT OF COMMON PLEAS <br> TWELFTH JUDICIAL CIRCUIT <br><br> CASE NO: 2024-CP-21- <br><br> COMPLAINT <br> (JURY TRIAL DEMANDED) |

NOW COMES the above-named Plaintiff, complaining of the Defendant herein, who does allege and show unto this Honorable Court the following:

1. Plaintiff Gail Coker is, and at all times mentioned in the Complaint was, a resident of Chester County, South Carolina.

2. Plaintiff is informed and believes that Defendant Buc-ee's South Carolina, LLC (hereinafter "Buc-ee's") is and was, at all times mentioned in the Complaint, a corporation organized and existing under the laws of the State of South Carolina with its principal place of business and registered agent at 2 Office Park Court, Suite 103, Columbia, South Carolina 29223.

3. Defendant Buc-ee's is subject to the jurisdiction of this Court because it operates, conducts, engages in, or carries on a business or business venture in the State of South Carolina such that it should anticipate being haled into court here; has an office or agency in the state of South Carolina; caused injury to persons within the State of South Carolina arising out of an act or omission it committed inside the State; sells products and materials that are used in the State of South Carolina in the ordinary course of commerce, trade, or use; or engages in substantial and not isolated activity within the State of South Carolina, and is incorporated with its registered agent in the State of South Carolina.

4. Upon information and belief, Defendant operates a gas station and convenience store located at 3390 N Williston Road, Florence, SC 29506.

5. On or about June 14, 2022, Ms. Coker went to Defendant's place of business at the above address.

6. Plaintiff was an invitee of Defendant's.

7. Defendant owed Ms. Coker a duty of due care to discover risks and to warn of or make safe existing unreasonable risks.

8. Upon information and belief, Defendant's employees put up a large inflatable beaver.

9. Upon information and belief, Defendant's employees secured said beaver with ropes.

10. While at Defendant's place of business, Ms. Coker tripped and fell on one of these ropes.

11. The Plaintiff sustained personal injuries.

12. After falling, Ms. Coker observed at least one other person tripping over the same rope.

13. The accident and Plaintiff's resulting injuries were a direct and proximate result of the negligence, gross negligence, recklessness, and willfulness of Defendant in all of the following particulars:

    a. In then and there failing to maintain its property in a reasonably safe manner;

    b. In then and there tying the rope in an hazardous way;

    c. In then and there failing to warn guests, and in particular warn Plaintiff, about the rope;

    d. In then and there failing to discover risks and to warn of or make safe existing unreasonable risks;

ELECTRONICALLY FILED - 2024 Feb 29 10:58 AM - FLORENCE - COMMON PLEAS - CASE#2024CP2100505

   e. In then and there failing to exercise that degree of care and caution which a reasonable and prudent person would have exercised under the circumstances then and there prevailing.

14. Defendant is moreover responsible for the acts and omissions of its employees under the doctrine of respondeat superior.

15. As a direct and proximate result of the negligence of Defendant, Plaintiff has incurred numerous damages, including but not limited to: past and future pain and suffering; mental anguish; impairment of health and physical condition; past, present, and future loss of enjoyment of life; lost wages; medical expenses; and medication expenses, all to his damage in a sum greater than one hundred thousand dollars ($100,000.00).

**WHEREFORE,** Plaintiff prays for judgment against Defendant in a sum to be determined by a jury of Plaintiff's peers and to exceed one hundred thousand dollars ($100,000.00), thus meeting the requirements set under the South Carolina Rules of Civil Procedure Rule 30 (h), and should include actual damages, future damages, punitive damages in a reasonable amount, and the costs and disbursements of this action and for such other and further relief that this Court or jury deems just and proper.

Respectfully,

          By: s/Garrett B. Johnson
             Garrett B. Johnson, SC Bar #81105
             Elrod Pope Law Firm
             212 E Black Street
             P.O. Box 11091 (29731)
             Rock Hill, S.C. 29730
             Phone: (803) 324-7574
             Fax:  (803) 324-7545
             GJohnson@ElrodPope.com

             ATTORNEY FOR PLAINTIFF

February 29, 2024

ELECTRONICALLY FILED - 2024 Feb 29 10:58 AM - FLORENCE - COMMON PLEAS - CASE#2024CP2100505

ELECTRONICALLY FILED - 2024 Feb 29 10:58 AM - FLORENCE - COMMON PLEAS - CASE#2024CP2100505

Rock Hill, South Carolina

ELECTRONICALLY FILED - 2024 Mar 01 10:06 AM - FLORENCE - COMMON PLEAS - CASE#2024CP2100505

# AFFIDAVIT OF SERVICE

| | | | |
|---|---|---|---|
| **Case:** 2024-CP-2100505 | **Court:** Florence County Court of Common Pleas | **County:** Florence, SC | **Job:** 10523715 |
| **Plaintiff / Petitioner:** Gail Coker | | **Defendant / Respondent:** Buc-ee's South Carolina, LLC | |
| **Received by:** T R Kennedy Cons. & Invest. SVCS, LLC | | **For:** Bernard Investigations | |
| **To be served upon:** Buc-ee's South Carolina, LLC | | | |

I, Theodore Kennedy, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

**Recipient Name / Address:** Lisa Culler, Office Manager for Registered Agent C T Corporation, 2 Office Park Court, Columbia, SC 29223
**Manner of Service:** Registered Agent, Feb 29, 2024, 1:42 pm EST
**Documents:** Summons (Jury Trial Requested) and Complaint (Jury Trial Requested)

**Additional Comments:**
1) Successful Attempt: Feb 29, 2024, 1:42 pm EST at 2 Office Park Court, Columbia, SC 29223 received by Lisa Culler, Office Manager for Registered Agent C T Corporation. Ethnicity: Caucasian; Gender: Female; Hair: Gray; Other: Caucasian female, between 5 ft 5 and 5 ft 8. Approximately 180 pounds. Approximately 60 years of age. Glasses.
Lisa Culler, Office Manager for Registered Agent Ct Corporation System c/o Buc-ee's South Carolina, LLC

_____  2-29-2024
Theodore Kennedy              Date

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
02-29-2024        03-29-2028
Date              Commission Expires

